FILED - LN
July 31, 2025 10:18 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /        SCANNED BY: 20/8/1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STACY LEYKO,
   Plaintiff,

v.   Case No. ___

1:25-cv-864
Paul L. Maloney
United States District Judge

AMY MCCONNELL, in her individual capacity;
ANTHONY BADOVINAC, in his individual capacity;
UNKNOWN TNT OFFICER, in his individual capacity;
and other UNKNOWN DEFENDANTS,
  Hon. Kenneth Tacoma
   Defendants.

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. § 1983)**

1. This action is brought pursuant to 42 U.S.C. § 1983 for violations of Plaintiff's constitutional rights under the Fourth and Fourteenth Amendments.
2. Jurisdiction is proper under 28 U.S.C. § 1331 and § 1343.
3. Venue is proper in this district under 28 U.S.C. § 1391(b), as the events occurred in Wexford County, Michigan, within the Western District.

4. Plaintiff, STACY LEYKO (formerly STACY YOUNGS), is a resident of Wexford County, Michigan.
5. Defendant AMY MCCONNELL is a CPS worker employed by the Michigan Department of Health and Human Services, sued in her individual capacity.
6. Defendant ANTHONY BADOVINAC is or was a county prosecutor, sued in his individual capacity for investigative and administrative actions outside prosecutorial immunity.
7. Defendant UNKNOWN TNT OFFICER participated in coercive actions described below and is sued in his individual capacity.

**FACTUAL ALLEGATIONS**

8. Plaintiff's parental rights were terminated in Wexford County Family Court under Case No. 13-024821-NA,

based on false testimony, manufactured evidence, and retaliatory acts by state actors.

9. Plaintiff was also convicted of third-degree child abuse in Case No. 13-10743-FH, where coerced and knowingly false statements were used to obtain a conviction.

10. Amy McConnell, acting under color of law, manipulated Plaintiff's daughter, Allysia Phelps, to give false testimony against her mother, including fabricated allegations that Plaintiff encouraged an inappropriate relationship.

11. Brittany Luft, a former witness, has since provided sworn testimony that she was coerced by Defendant Badovinac and a TNT officer to falsely testify against Plaintiff.

12. As a result of this conduct, Plaintiff was wrongfully convicted and listed on the Central Registry without due process or criminal charges related to abuse.

13. Plaintiff has consistently maintained joint custody of her other children and served as guardian of her grandson — demonstrating her capacity to parent and the unjust nature of the actions taken.

14. Defendants' conduct resulted in severe emotional, reputational, and familial harm and violated Plaintiff's clearly established rights.

## CLAIMS FOR RELIEF

COUNT I – Violation of Due Process (14th Amendment)

COUNT II – Fabrication of Evidence

COUNT III – Malicious Prosecution

COUNT IV – Retaliation for Exercise of Parental Rights

COUNT V – Conspiracy to Violate Civil Rights (42 U.S.C. § 1983)

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in an amount to be determined at trial;
B. Award punitive damages against individual Defendants;
C. Grant declaratory and injunctive relief as necessary to prevent future harm;
D. Award reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988; and
E. Grant such other relief as the Court deems just and

Respectfully submitted,

*/s/ Stacy Leyko*
Stacy Leyko
3661 S. 5 1/2 Road
Harrietta, MI 49638
(231) 468-5753
stacy_leyko@outlook.com
Date: 7/28/25

CERTIFIED MAIL

9589 0710 5270 2021 7735 33

GRAND RAPIDS MI 493
29 JUL 2025 PM 6 L

FIRST-CLASS

US POSTAGE (MI) PITNEY BOWES
ZIP 49638
02 7H
0001312431
$ 006.66
JUL 28 2025

Screened By USMS

U.S. District Court - Western Dis.
315 W. Allegan Street Room 101
Lansing MI 48933

48933-154799